[No. 34140-9-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET MARIE COLBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00671-1, James J. Stonier, J., entered November 23, 2005. *Affirmed* by unpublished opinion per Casey, J. Pro Tem., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 34149-2-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DONNELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00356-0, Leila Mills, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34155-7-II. Division Two. March 20, 2007.]

*In the Matter of the Marriage of* DARLENE D. COX, *Respondent*, and FREDERICK J. COX, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-3-00061-4, Sally F. Olsen, J., entered November 8, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34214-6-II. Division Two. March 20, 2007.]

PAULA KAY STONE ET AL., *Appellants*, v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-04464-0, John F. Nichols, J., entered November 23, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J.; Penoyar, J., dissenting.